1048

No. 97–710. KILCOYNE v. BENTLEY COLLEGE ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–711. ALLRED v. MOORE & PETERSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–717. TRINITY INDUSTRIES, INC. v. JOHNSTOWN AMERICA CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–721. COUNTY OF SAN JOAQUIN ET AL. v. CALIFORNIA WATER RESOURCES CONTROL BOARD ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–727. ANDERSON, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL. v. LAND ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–729. ANONYMOUS v. WILENTZ, CHIEF JUSTICE, SUPREME COURT OF NEW JERSEY, ET AL. (three judgments). C. A. 3d Cir. Certiorari denied.

No. 97–730. ANONYMOUS v. KAYE, CHIEF JUDGE, COURT OF APPEALS OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–733. DAVID B. ET AL., THROUGH THEIR GUARDIAN AD LITEM, MURPHY v. MCDONALD, DIRECTOR, ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES. C. A. 7th Cir. Certiorari denied.

No. 97–735. TROUT v. CITY OF BLUE ASH. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 97–738. CITY OF OMAHA v. DOANE. C. A. 8th Cir. Certiorari denied.

No. 97–744. HINKEL v. HINKEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–748. WATSON v. HILL, SUPERINTENDENT, ODOM CORRECTIONAL INSTITUTE. C. A. 4th Cir. Certiorari denied.